396 A.2d 840

Palarino, Appellant, v. Palarino.

Submitted April 13, 1978. Max A. Levine, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

JACOBS, P. J., dissented and would reverse and remand this case for full hearing.

HESTER, J., dissented and would reverse and remand.

HOFFMAN, J., did not participate in the consideration or decision of this case.